UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AS YOU SOW,                                )
  11461 San Pablo Avenue, Suite 400   )
  El Cerrito, California   94530,        )
                                                     )
            Plaintiff,               )
                                                     )
            v.                       )    No. _____
                                                     )
DEPARTMENT OF LABOR,                        )
  200 Constitution Avenue, NW            )
  Washington, DC   20210,                )
                                                     )
            Defendant.               )
_____)

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action for declaratory and injunctive relief against the Department of Labor ("DOL") under the Freedom of Information Act ("FOIA") for access to agency records.

### Jurisdiction and Venue

2. This court has jurisdiction of this action under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Venue lies in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 139l(e).

### Parties

3. Plaintiff As You Sow is a non-profit public interest organization that made the request for the documents at issue in this case.

4. Defendant Department of Labor is an agency of the United States government.  Defendant has possession and control of the records that are responsive to As You Sow's request.

Factual Background

5.  By letter dated 16 April 2024, As You Sow submitted to DOL a FOIA request seeking a "spreadsheet for all consolidated (Type 2) EEO-1 reports for all federal contractors" for 2021 and 2022.  EEO-1 reports describe the composition of a federal contractor's workforce, including the job categories and demographics of employees, thus permitting analysis of a contractor's racial, gender and ethnic diversity (or lack thereof).  As You Sow also requested a waiver of any fees, explaining that As You Sow was a non-profit organization seeking these records for educational, research and non-commercial purposes.

6.  By letter dated 16 April 2024, DOL acknowledged As You Sow's FOIA request, stated that it had been assigned to the Office of Federal Contract Compliance Programs ("OFCCP")  with tracking number 2024-F-08396.  DOL added that owing to the "complexity of this request, we anticipate that providing a full response will take longer than 20 business days to fulfill" and thus, as provided in the FOIA, took an additional ten business days to respond.  DOL also denied the fee waiver request.

7.  By letter dated 5 August 2025, As You Sow inquired as to the status of this request.  DOL responded three days later as to the 2021 request, but said nothing about the 2022 data, adding:  "Currently, all requests for EEO-1 data are under review to see if we still have the ability to process these requests after the revocation of EO 11246."

8.  By letter dated 11 August 2025, As You Sow submitted an administrative appeal, which DOL acknowledged by letter dated 15 August 2024.  The appeal was

2

assigned Reference No. 2025-A-00143.

9.  By letter dated 22 December 2025, DOL's Appeals Unit stated that OFCCP's response to the records request was still outstanding and that the Appeals Unit was remanding the request to OFCCP for a response.

10.  Because DOL had made a determination to deny As You Sow's request for a fee waiver, As You Sow filed a separate appeal by letter dated 12 January 2026.  By letter dated 15 April 2026 the Appeals Unit advised that it had conferred with OFCCP and that "there will be no fees associated with your request."

11.  It has now been more than two years since As You Sow's request was filed and acknowledged, and As You Sow has not yet received any records or any indication from DOL when any records will be produced.

12.  As You Sow has a right of access to the requested records, which DOL has improperly withheld.

13. As You Sow has exhausted its administrative remedies.

14.  As to each of the records identified above, As You Sow has no remedy at law and will suffer irreparable injury absent relief from this Court.

## Causes of Action

15.  Plaintiff As You Sow repeats and re-alleges the statements in paragraphs 3 through 14.

15.  As to the records identified above, As You Sow has a statutory right of access to the records, and the records are being improperly withheld in violation of the Freedom of Information Act.

3

Requests for Relief

Wherefore, plaintiff As You Sow requests that this Court:

1.  Declare unlawful the Department of Labor's failure to disclose the requested records;

2.  Preliminarily and permanently enjoin the Department of Labor from withholding the requested records from As You Sow;

3.  Award As You Sow its costs and a reasonable attorneys' fee; and

4.  Grant such other and further relief as the Court may deem just and equitable.

Cornish F. Hitchcock (D.C. Bar No. 238824)
 Hitchcock Law Firm PLLC
 5614 Connecticut Avenue, NW  No. 304
 Washington, D.C. 20015
 (202) 489-4813·E-mail: conh@hitchlaw.com
Attorney for Plaintiff

Dated: 18 June 2026

4